UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA        PLAINTIFF

v.        CRIMINAL ACTION NO. 3:17-CR-180-CRS

Tsung Min YU        DEFENDANT

# ORDER

For the reasons set forth in the Memorandum Opinion entered on this date, and the Court being otherwise sufficiently advised, the Court:

**DENIES** the Defendant's motion to suppress in part and **GRANTS** the Defendant's motion to suppress in part (DN 17). The motion is **DENIED** as to any statements made by Yu after he was handcuffed, the ammunition, and the second gun found in Yu's bedroom, with leave to refile the motion if the United States seeks to introduce the evidence; **GRANTED** as to Yu's statement regarding the gun under his pillow made after he was arrested; and **DENIED** as to the first gun found under Yu's pillow, conditioned on the United States producing a valid administrative warrant within fourteen days of entry of this opinion and order.

**ORDERS** the United States to file in this Court the administrative arrest warrant utilized to arrest Yu **WITHIN FOURTEEN DAYS OF ENTRY OF THIS ORDER.**

**ACCEPTS AND ADOPTS** the Report & Recommendation of the magistrate judge (DN 38) as supplemented by the Memorandum Opinion entered on this date.

**OVERRULES** the objections of the Defendant in part and **SUSTAINS** the objections of the Defendant in part (DN 39) as explained by the Memorandum Opinion entered on this date.

January 14, 2019

**IT IS SO ORDERED.**

Charles R. Simpson III, Senior Judge
United States District Court

1